UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY MILLER,<br><br>        Plaintiff,<br><br>    v.<br><br>CITY OF OAKLEY, et al.,<br><br>        Defendants. | Case No. 17-cv-00206-JD<br><br>**ORDER TO SHOW CAUSE** |

At 10:00 a.m. on Thursday, June 29, 2017, the Court called this case for an initial case management conference, which had been noticed and scheduled well in advance. Counsel for plaintiff, John L. Burris, Ben Nisenbaum, James Cook and the Law Office of John L. Burris, did not appear. Plaintiff's counsel did not ask to be excused, and the absence was without Court approval and in breach of the Local Rules and the Court's standing order for civil cases.

Plaintiff's counsel are ordered to show cause in writing why the Court should not impose monetary or other sanctions for this violation. Counsel are advised that sanctions may include, without limitation, a monetary fine, payment of opposing counsel's reasonable fees and costs for attending the conference, attorney discipline, and dismissal of this case for failure to prosecute. The response is due by **12:00 p.m. on Friday, July 7, 2017**.

**IT IS SO ORDERED.**

Dated: June 30, 2017

JAMES DONATO
United States District Judge