**JOHN L. BURRIS ESQ., SBN 69888**
**LATEEF H. GRAY, ESQ., SBN 250055**
**JAMES COOK, ESQ., SBN 300212**
**LAW OFFICES OF JOHN L. BURRIS**
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone:  (510) 839-5200
Facsimile: (510) 839-3882
John.Burris@johnburrislaw.com
Lateef.Gray@johnburrislaw.com
James.Cook@johnburrislaw.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY MILLER, an individual, | CASE NO.: 3:17-cv-00206-JD |
| Plaintiff, | **PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE REGARDING FAILURE TO ATTEND CASE MANAGEMENT CONFERENCE** |
| vs. | |
| CITY OF OAKLEY, a municipal corporation; RYAN MACLENNAN, individually and in his capacity as an officer for the OAKLEY Police Department; CHRISTOPHER HAMBLIN, individually and in his capacity as an officer for the OAKLEY Police Department; J. SCHULTZ, individually and in his capacity as a sergeant for the OAKLEY Police Department; DAVID RIDDLE, individually and in his capacity as an officer for the OAKLEY Police Department; BRIAN FABEL, individually and in his capacity as an officer for the OAKLEY Police Department and DOES 1-25, inclusive, individually, jointly and severally, | |
| Defendants. | |

1

Plaintiff's Counsel, JAMES COOK, submits this response to the Court's June 30, 2017 Order to Show Cause Regarding Failure To Attend the Case Management Conference at 10:00 a.m. on June 29, 2017.

My failure to attend the Case Management Conference was simply a scheduling error. According to my personal calendar, the Case Management Conference was originally set for August 31, 2017.   Although there were other continuances, I somehow fixated on the scheduling order pursuant to EFC Docket Number #26.  I overlooked the EFC email alert that scheduled the Case Management Conference for an earlier date according to EFC Docket Number #27.   As a result, I did not update my personal calendar.

The puzzling aspect of this oversight is compounded by the fact that I actively participated in the effort to meet and confer with opposing counsel, Patrick Hurley, in order to complete the Joint Case Management Statement.

Accordingly, I respectfully request that: 1) the Court view my failure to appear as excusable neglect rather than willful neglect; 2) the Court withhold imposing sanctions.  The District Court "has the inherent authority to impose sanctions for bad faith, which includes a broad range of willful improper conduct." Fink v. Gomez, 239 F.3d 989, 992 (9th Cir.2001). Monetary sanctions and attorney's fees are appropriate upon a finding of "bad faith" conduct.  Leon v. IDX Sys. Corp., 464 F.3d 951, 961 (9th Cir.2006) (quoting Primus Auto. Fin. Servs., Inc. v. Batarse, 115 F.3d 644, 648 (9th Cir.1997)). A party demonstrates bad faith by "delaying or disrupting the litigation or hampering enforcement of a court order."

 I submit that this was not a situation where I simply disobeyed or ignored the Court's order. Moreover, my failing to properly calendar the proper date was not a bad faith attempt to delay or disrupt the litigation.  In fact, I had every intention of attending the Case Management Conference,

albeit on August 31, 2017.  Moreover, I recently scheduled some personal travel dates around my intent to attend the August 31, 2017 Case Management Conference.

Thus, I ask that the Court and opposing counsel accept my apologies and forgoe sanctions.  I do not foresee this happening again.


Dated:  July 7, 2017                                     By: /s/ *James Cook*
                                                         James Cook
                                                         Lateef Gray
                                                         Attorneys for Plaintiffs

PROOF SERVICE

  I, <u>James Cook</u>, declare as follows:  I am over the age of 18 years and not a party to this action. My business address is 7677 Oakport Street, Suite 1120, Oakland, CA 94621.  I caused the foregoing:

**PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE REGARDING FAILURE TO ATTEND CASE MANAGEMENT CONFERENCE**

to be served on the following parties in the following manner:

Mail [ X] Overnight Mail [ ] Personal Service [ ] Email [ X]

Patrick L. Hurley
Contra Costa County
Office of the County Counsel
651 Pine Street, 9th Floor
Martinez, CA 94553

  I declare under penalty of perjury that the foregoing is true and correct and that this declaration of service was executed in Oakland, CA on July 7, 2017.

  Signed: /s/ *James Cook*

4